UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRIS and SHARI HAMLIN,

        Plaintiffs,

   v.

OUTER ISLAND EXPEDITIONS, LLC, et al.,

        Defendants.

C16-101 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiffs' motion for partial summary judgment, docket no. 14, is GRANTED in part and DENIED in part as follows.  Plaintiffs' motion is granted as to the assumption of risk defense and denied as to the affirmative defenses of open and obvious condition and comparative fault.  As to these latter two defenses, material issues of fact preclude summary judgment.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 7th day of November, 2016.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1